| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Wolf, Mark L | 2. Court or Organization District of Massachusetts | 3. Date of Report 5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1 Courthouse Way Suite 5110 Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Trustee | ██████████ Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 18 10 10 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Patent Law Association | NY, NY, March 26, 2004, Annual Dinner for Federal Judiciary (Transportation, Food, and Lodging) |
| 2. | U.S. Department of State | China, April 16, 2004-May 1, 2004, Speaking on behalf of US Government (Travel, Food, Lodging, Shots) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity USA (Money Market) | B | Dividend | L | T | | | | | |
| 2. Fidelity Fund (Mutual) | A | Dividend | L | T | | | | | |
| 3. Bank of America (formerly Fleet Bank) (Checking) | A | Interest | K | T | | | | | |
| 4. Bank of America ( Savings ) | A | Interest | K | T | | | | | |
| 5. Public Storage (Corp) | A | Dividend | J | T | | | | | |
| 6. Fidelity Fund (Mutual) | B | Dividend | M | T | | | | | |
| 7. Fidelity Puritan Balanced Fund (Mutual) | B | Dividend | M | T | | | | | |
| 8. Atlantic Trust Pell Rudman ("ATPR") Eq. Growth Fund | C | Dividend | N | T | part sold | 6/15 | L | F | and sold 6/30 7/30/ 12/15 |
| 9. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 10. AIM Liquid Asset Money Market Fund (Money Market) | A | Interest | J | T | | | | | |
| 11. ATPR Equity Income | B | Dividend | L | T | | | | | |
| 12. ATPR Midcap Growth (Common Trust) | A | Dividend | L | T | | | | | |
| 13. Dighton Rehoboth Regional Sch. 5.15% 7/15/05 (Bond) | C | Interest | | | sold | 7/15 | L | A | |
| 14. McDonalds Corp. (Stock) | A | Dividend | K | T | | | | | |
| 15. MA St. HFA Single Family 5.25% 12/1/06 (Bond) | A | Interest | J | T | part sold | 6/15 | J | A | |
| 16. Foxborough MA 5.25% 11/15/09 | C | Interest | L | T | | | | | |
| 17. Merrill Lynch Global Allocation (Mutual) | A | Dividend | J | T | | | | | |
| 18. MA St. Turnpike Auth. 5.1% 1/1/08 (Bond) | C | Interest | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MA St. Cons. MBIASERD 5.5% (Bond) | B | Interest | K | T | | | | | |
| 20. ATPR MA Muni Tax Exempt (Common Trust) | D | Dividend | M | T | | | | | |
| 21. EMC Corp. MA (Stock) | | None | J | T | | | | | |
| 22. ATPR Midcap Growth (Common Trust) | A | Dividend | K | T | part sold | 3/31 | J | A | |
| 23. ATPR Midcap Growth (Common Trust) | A | Dividend | M | T | | | | | |
| 24. AIM Liquid Assets Imoney Market) | A | Interest | J | T | | | | | |
| 25. ATPR Equity Growth (Common Trust) | A | Dividend | K | T | part sold | 6/15 | J | A | |
| 26. ATPR Equity Growth (Common Trust) | A | Dividend | K | T | | | | | |
| 27. Neuberger Berman Genesis Fund (Mutual) | A | Distribution | K | T | | | | | |
| 28. LILO, LLC (Limited Liability Corp.) | E | Dividend | K | T | | | | | |
| 29. [Family] Blues Partners (Limited Partnership) | | None | K | W | | | | | |
| 30. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 31. ATPR Midcap Growth (Common Trust) | A | Dividend | J | T | | | | | |
| 32. ATPR Equity Growth Fund (Common Trust) | B | Dividend | M | T | | | | | |
| 33. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 34. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 35. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |
| 36. AIM Liquid Assets (Money Market) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Citizens Bank (Savings and Checking) | A | Interest | J | T | | | | | |
| 38. Mass State Cons. MBIASERD 5.59% (Bond) | D | Interest | M | T | | | | | |
| 39. MA St. Health Auth. 5 % 7/1/04 (Bond) | A | Interest | | | redemption | 7/1 | J | A | |
| 40. Boston MA G.O. 5% 8/1/13 (Bond) | B | Interest | K | T | | | | | |
| 41. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 42. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 43. Longleaf Partners (Mutual Fund) | A | Dividend | K | T | | | | | |
| 44. Dodge & Cox Stock Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 45. ATPR Short Term Muni Bond Fund (Common Trust) | A | Dividend | K | T | part sold | 6/20 | J | A | |
| 46. ATPR Short Term Muni Bond Fund (Common Trust) | A | Dividend | K | T | | | | | |
| 47. Atlantic Whitehall Intern. Fund (Mut. Fd.) (form. ATPR) | B | Distribution | K | T | | | K | | |
| 48. Dodge & Cox Stock Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 49. MA HEFA Caregroup ETM 5 % 7/1/04 | B | Interest | L | T | redemption | 7/1 | K | A | |
| 50. MA St. HEFA Partners (Bond) 7/1/07 | B | Interest | L | T | Buy | 7/1 | L | | |
| 51. Brookline MA GO 5.125% (Bond) | B | Interest | K | T | Buy | 7/21 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,000-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wolf, Mark L | 5/13/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

As previously reported, many of the assets owned by ███████████████████ and me are managed or held by an investment advisory firm, Atlantic Trust Pell Rudman ("ATPR"). ATPR has provided the information contained in this report concerning the assets in its custody. The information provided by ATPR is, to the best of my knowledge, accurate.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wolf, Mark L | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ May 13, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544